1  Craig S. Summers (SBN 108688)
   craig.summers@knobbe.com
2  Matthew S. Bellinger (SBN 222228)
   matt.bellinger@knobbe.com
3  Kimberly A. Kennedy (SBN 305499)
   kim.kennedy@knobbe.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
5  Irvine, CA  92614
   Phone: (949) 760-0404  Facsimile: (949) 760-9502
6
   Brian W. Brokate
7  bwbrokate@gibney.com
   Beth M. Frenchman
8  bfrenchman@gibney.com
   Adam W. Sgro
9  asgro@gibney.com
   GIBNEY ANTHONY & FLAHERTY, LLP
10 665 Fifth Avenue
   New York, NY 10022
11 Phone: (212) 688-5151  Facsimile: (212) 688-8315
   Attorneys for Plaintiff
12
   BUCHALTER, P.C.
13 WILLMORE F. HOLBROW III (SBN:  169688)
   MATTHEW L. SEROR (SBN:  235043)
14 1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA  90017-1730
15 Telephone: 213.891.0700
   Fax: 213.896.0400
16 Email:  wholbrow@buchalter.com
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> REFERENCE WATCH LLC d/b/a LA CALIFORNIENNE; COURTNEY ORMOND; and LESZEK GARWACKI, <br><br> Defendants. | Case No. 19-cv-9796-RGK-(JPRx) <br><br> **STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO SETTLEMENT AGREEMENT** |

Plaintiff Rolex Watch U.S.A., Inc. ("Plaintiff"), on the one hand and Defendant Reference Watch LLC d/b/a La Californienne ("La Californienne"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

Plaintiff, La Californienne, and Defendants Courtney Ormond and Leszek Garwacki (collectively, the "Parties") have agreed to settle and resolve this matter in full, pursuant to the terms of a confidential settlement agreement. The Parties hereby stipulate to the entry of judgment against Defendant La Californienne and in favor of Plaintiff in the form attached hereto as **Exhibit "1."** Once the Court has entered judgment against La Californienne, the Parties will file a stipulated dismissal of Plaintiff's claims with prejudice against Defendants Ormond and Garwacki, which will resolve this case in its entirety.

DATED: May 21, 2020

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: */s/ Matthew S. Bellinger*
CRAIG S. SUMMERS
MATTHEW S. BELLINGER

GIBNEY ANTHONY & FLAHERTY, LLP
Brian W. Brokate
Beth M. Frenchman
Adam W. Sgro

Attorneys for Plaintiff
ROLEX WATCH U.S.A., INC.

1

| | | |
|---|---|---|
| 1 | DATED: May 21, 2020 | BUCHALTER |
| 2 | | A Professional Corporation |
| 4 | | By: */s/ Willmore F. Holbrow III (with permission)* |
| 5 | | WILLMORE F. HOLBROW III |
| 6 | | MATTHEW L. SEROR |
| | | Attorneys for Defendants |
| 7 | | REFERENCE WATCH LLC d/b/a LA CALIFORNIENNE, COURTNEY |
| 8 | | ORMOND, and LESZEK GARWACKI |