Craig S. Summers (SBN 108688)
craig.summers@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Kimberly A. Kennedy (SBN 305499)
kim.kennedy@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404  Facsimile: (949) 760-9502

Brian W. Brokate
bwbrokate@gibney.com
Beth M. Frenchman
bfrenchman@gibney.com
Adam W. Sgro
asgro@gibney.com
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Avenue
New York, NY 10022
Phone: (212) 688-5151  Facsimile: (212) 688-8315
Attorneys for Plaintiff

BUCHALTER, P.C.
Willmore F. Holbrow III (SBN 169688)
wholbrow@buchalter.com
Matthew L. Seror (SBN 235043)
mseror@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Phone: 213.891.0700  Fax: 213.896.0400
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC.,<br><br>Plaintiff,<br><br>vs.<br><br>REFERENCE WATCH LLC d/b/a LA CALIFORNIENNE; COURTNEY ORMOND; and LESZEK GARWACKI,<br><br>Defendants. | Case No. 19-cv-9796-RGK-(JPRx)<br><br>**STIPULATION FOR:**<br><br>**(1) ENTRY OF JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT REFERENCE WATCH D/B/A LA CALIFORNIENNE; AND**<br><br>**(2) DISMISSAL WITH PREJUDICE AS TO DEFENDANTS COURTNEY ORMOND AND LESZEK GARWACKI** |

WHEREAS Plaintiff Rolex Watch U.S.A., Inc. ("Rolex"), on the one hand, and Defendants Reference Watch LLC d/b/a La Californienne ("La Californienne"), Courtney Ormond ("Ormond"), and Leszek Garwacki ("Garwacki"), on the other hand, (collectively, the "Parties") have entered into a confidential settlement agreement resolving this action in its entirety;

WHEREAS on May 21, 2020, counsel for the Parties filed a Stipulation for Entry of Judgment and Permanent Injunction as to La Californienne (the "Stipulation") (Dkt. No. 30) to enter judgment in favor of Rolex and against La Californienne on all claims asserted in Rolex's Complaint;

WHEREAS the Stipulation stated that, once the Court entered judgment against La Californienne, the Parties would file a stipulated dismissal of Rolex's claims with prejudice against Ormond and Garwacki, which would resolve this case in its entirety;

WHEREAS on May 21, 2020, the Court entered an Order (Dkt. No. 30) denying the Stipulation without prejudice because "the proposed judgment resolves only a portion of the parties or claims," presumably because the proposed Consent Judgment and Permanent Injunction submitted therewith was only as to La Californienne;

WHEREAS the Parties seek to effectuate the entry of the Consent Judgment and Permanent Injunction against La Californienne on all claims asserted by Rolex in its Complaint against La Californienne, and a dismissal with prejudice as to Ormond and Garwacki on all claims asserted by Rolex in its Complaint against them;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, subject to the approval of this Honorable Court, that:

Judgment by consent and a permanent injunction shall be entered against La Californienne and in favor of Rolex on all claims asserted in Rolex's Complaint in the form attached hereto as **Exhibit 1.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all of Rolex's claims asserted in its Complaint against Ormond and Garwacki shall be dismissed with prejudice. A proposed dismissal Order is attached hereto as **Exhibit 2**.

The attached Consent Judgment (Exhibit 1) and dismissal Order (Exhibit 2) resolve all claims as to all Parties in this case.

The Parties agree to bear their own attorneys' fees and costs in this case.

DATED: May 27, 2020

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: */s/ Matthew S. Bellinger*
    CRAIG S. SUMMERS
    MATTHEW S. BELLINGER

GIBNEY ANTHONY & FLAHERTY, LLP
    Brian W. Brokate
    Beth M. Frenchman
    Adam W. Sgro

Attorneys for Plaintiff
ROLEX WATCH U.S.A., INC.

DATED: May 27, 2020

BUCHALTER
A Professional Corporation

By: */s/ Willmore F. Holbrow III (with permission)*
    WILLMORE F. HOLBROW III
    MATTHEW L. SEROR
Attorneys for Defendants
REFERENCE WATCH LLC d/b/a LA CALIFORNIENNE, COURTNEY ORMOND, and LESZEK GARWACKI