JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> REFERENCE WATCH LLC d/b/a LA CALIFORNIENNE; COURTNEY ORMOND; and LESZEK GARWACKI, <br><br> Defendants. | Case No. 19-cv-9796-RGK-(JPRx) <br><br> **[~~PROPOSED~~] ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANTS COURTNEY ORMOND AND LESZEK GARWACKI PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Having considered the parties' Stipulated Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Plaintiff Rolex Watch U.S.A., Inc.'s claims against Defendants Courtney Ormond and Leszek Garwacki are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs in this case.

**IT IS SO ORDERED.**

Dated: May 28, 2020

_____
Hon. R. Gary Klausner
United States District Court Judge

32651749

1